UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREGORY M. COLE and COLE'S TRACTOR & EQUIPMENT COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> HOMIER DISTRIBUTING COMPANY, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 4:07-CV-01493 (JCH) |

## ORDER

It is hereby **ORDERED** that Defendant Homier Distributing Company's Motion for Withdrawal of Representation is **GRANTED**, and Alan E. Popkin, David W. Sobelman, Richard M. Elias, and Christopher A. Smith of Husch & Eppenberger, LLC are withdrawn as counsel for Defendant.

Signed this 22nd day of January, 2008.

_____
Jean C. Hamilton
United States District Judge