UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREGORY M. COLE and, <br> COLE'S TRACTOR & EQUIPMENT, INC. <br><br> Plaintiff(s), <br><br> vs. <br><br> HOMIER DISTRIBUTING COMPANY, INC., <br><br> Defendant(s). | Case No. 4:07CV01493 JCH |

## JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant's Motion for Summary Judgment is **GRANTED**, and Plaintiffs' claims are dismissed with prejudice.

Dated this 20th day of March, 2009.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE